166 A.3d 231

KATHERINE UNDERHILL, PLAINTIFF–PETITIONER, v. AYSHA HAMOUDA, DEFENDANT–RESPONDENT, AND GREGG NOLAN, DEFENDANT.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000338–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.